UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-82766 |
| MARTIN HEWES ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Thomas M. Lynch | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**ORDER GRANTING AUTHORITY FOR LYDIA MEYER CHAPTER 13 TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO PORTIA STUART AND DAVID STUART AS TO THE REAL ESTATE COMMONLY KNOWN AS 7104 ALDEN ROAD, HARVARD, ILLINOIS IN THE AMOUNT OF $2,250.00 PER MONTH**

THIS CAUSE coming on to be heard on the Debtor's DEBTOR'S MOTION FOR AUTHORITY FOR THE CHAPTER 13 TRUSTEE TO MAKE ADEQUATE PROTECTION PAYMENTS TO PORTIA STUART AND DAVID STUART AS TO THE REAL ESTATE COMMONLY KNOWN AS 7014 ALDEN ROAD, HARVARD, ILLINOIS and the Court being fully advised in the premises:

IT IS ORDERED:

A. Lydia Meyer, Chapter 13 Trustee is granted Authority on behalf of the Debtor to make Adequate Protection Payments to Portia Stuart and David Stuart in the amount of $2,250.00 per month beginning in December, 2015 and continuing until a Plan of Reorganization is confirmed or the case is dismissed as to the Real Estate commonly known as 7014 Alden Road, Harvard, Illinois;

B. Notice be reduced from twenty days to ten days.

Enter:

*Thomas M. Lynch*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  January 22, 2016

**Prepared by:**

Paul M. Bach
Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, Illinois 60523
630 575 8181