## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | |
|  | ) | NO. 15-82766 |
|  | ) | |
| Martin Hewes | ) | |
|  | ) | |
|  | ) | Chapter 13 |
| Debtor, | ) | |
|  | ) | |
|  | ) | |
|  | ) | Honorable Judge Thomas M. Lynch |

### NOTICE CONVERTING DEBTOR'S CHAPTER 13 TO CHAPTER 7

Notice is given that the debtor hereby converts this case Pursuant to 11 USC 1307(a) from

Chapter 13 to Chapter 7.

Dated: March 23, 2016

Respectfully Submitted,

/s/ Paul  M. Bach, Esq.
Paul Bach - 6209530
Counsel for Debtor
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188